

705058

**UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY**

**Plaintiff**
AVENTISUB LLC, ET AL

vs

**Defendant**
ENG SALES LLC

DOCKET NO. 3:24-CV-04748

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

Person to be served: ENG SALES LLC
C/O ELIEZER ZIMMERMAN, REGISTERED AGENT
Address:
12 KIELT WAY
LAKEWOOD NJ 08701

Attorney:
K&L GATES LLP
ONE NEWARK CENTER 10TH FLOOR
NEWARK NJ 07102

Papers Served:
SUMMONS & COMPLAINT FOR INJUNCTIVE REALIEF AND DAMAGES; CIVIL COVER SHEET; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CORPORATE DISCLOSURE STATEMENT

**Service Data:**

Served Successfully ✓   Not Served ___   Date: 4/16/24   Time: 6:45 pm   Attempts: 3

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

✓ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

GITEL ZIMMERMAN

PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION

**Description of Person Accepting Service:**
Age: 37   Height: 5'0   Weight: 135   Hair: Brown   Sex: Female   Race: Caucasian

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this
19 day of April 2024

I, ROBERT SCHIEK, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Notary Signature: Melissa Giambattista

Signature of Process Server

Date: 4/19/24

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  705058
File No.  0528528.00007

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AVENTISUB LLC, ET AL.,
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

ENG SALES LLC,
*Defendant*

CASE NUMBER: **3:24-CV-04748-GC-RLS**

TO: *(Name and address of Defendant):*

ENG Sales LLC
Eliezer Zimmerman, Registered Agent
12 Kielt Way
Lakewood, New Jersey 08701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin I. Rubinstein
K&L Gates LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT** _____



ISSUED ON 2024-04-11 10:06:16, Clerk
USDC NJD